# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ANDREW BROWN, #33440**                                                  **PETITIONER**

**VERSUS**                                  **CIVIL ACTION NO. 5:07-cv-176-DCB-MTP**

**LAWRENCE KELLY**                                                **RESPONDENT**

## ORDER

This matter is before the court on request of petitioner Andrew Brown for habeas corpus relief pursuant to 28 U.S.C. §2254. It is, hereby,

ORDERED that the respondent, through Jim Hood, file an answer or other responsive pleading in this cause within twenty (20) days of the service upon the said Jim Hood of a copy of this order. Respondent shall file with his answer full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of murder and possession of a firearm by a convicted felon against petitioner in the Circuit Court of Claiborne County, Mississippi.

IT IS FURTHER ORDERED that the clerk of this court shall serve, by certified mail, a copy of the petition filed herein and of this order upon Jim Hood, Attorney General of the State of Mississippi. The clerk of this court shall also serve a copy of this order upon petitioner by mailing same to petitioner's last known address.

SO ORDERED, this the __27th__ day of September, 2007.

                                              s/ Michael T. Parker
                                              UNITED STATES MAGISTRATE JUDGE