IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREW BROWN, #33440                                                          PETITIONER

VS.                                                    CIVIL ACTION NO. 5:07cv176DCB-MTP

LAWRENCE KELLY                                                          RESPONDENT

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Andrew Brown's Petition for Writ of Habeas Corpus [1] should be denied and that the petition should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Andrew Brown's Petition for Writ of Habeas Corpus be and the same is hereby denied and dismissed with prejudice.

SO ORDERED this the __9th__ day of __October__, 2009.


                                             __s/ David Bramlette__
                                             UNITED STATES DISTRICT JUDGE